KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Facsimile: (310) 846-5801

Attorney for Plaintiff

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA

------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.,

              Plaintiff,

       -against-

KINGSLEY SYME a/k/a KINGSLEY SYMES,
SETUP SITE, INC. a/k/a HARRINGTON
OUTLETS a/k/a OBAMATSHIRTS.US,

             Defendants.
------------------------------------------------------X

CIVIL ACTION NO.
10-5362-AHM-VBK

[PROPOSED]
JUDGMENT AND
PERMANENT
INJUNCTION

Date: May 16, 2011
Time: 10:00 A.M.
Ctrm: 14

Plaintiff having filed a motion for default judgment and the Court having

found in favor of plaintiff and that defendants KINGSLEY SYME a/k/a

1

KINGSLEY SYMES and SETUP SITE, INC. a/k/a HARRINGTON OUTLETS a/k/a OBAMATSHIRTS.US acted willfully and maliciously in their acts of trademark and copyright infringement and violations of California Civil Code Section 3344.1;

IT IS HEREBY ORDERED that:

1. Judgment is entered against defendants KINGSLEY SYME a/k/a KINGSLEY SYMES and SETUP SITE, INC. a/k/a HARRINGTON OUTLETS a/k/a OBAMATSHIRTS.US in the amount of ~~$347,390.60~~ $71,331.59 consisting of statutory damages of ~~$300,000.00~~ $30,000.00 pursuant to 17 U.S.C. 504 and trebled profits pursuant to 15 U.S.C. 1117 of $37,049.61 plus attorney's fees of ~~$10,340.99~~ $4,281.98 pursuant to Local Rule 55-3.

2. KINGSLEY SYME a/k/a KINGSLEY SYMES and SETUP SITE, INC. a/k/a HARRINGTON OUTLETS a/k/a OBAMATSHIRTS.US are permanently enjoined from selling, manufacturing and/or distributing any merchandise bearing the name, trademark and/or likeness of ~~Michael Jackson~~ _the prominent entertainer (now deceased)_.

_____
THE HONORABLE A. HOWARD MATZ
United States District Judge